# EXHIBIT A

# File an International Inquiry

We're here to help
Customer Service

Still Have Questions?
Browse our FAQs ›

Current Inquiry    Inquiry History(0)

*Indicates a required field

**Search for your package**

**Tracking Number**
RH001522895US
Edit

**Shipping Date**
03/06/2019
Edit

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 21, 2019, 12:38 AM | DELIVERED TO POSTAL AGENT | Imam Khomeini Airport, Tehran, IRAN ISLAMIC REPUBLIC OF |
| March 20, 2019, 7:05 PM | ORIGIN AIRLINE CARRIER DEPARTED/UPLIFT | Doha, Doha, QATAR |
| March 18, 2019, 9:52 PM | ORIGIN AIRLINE CARRIER DEPARTED/UPLIFT | John F Kennedy Intl, New York, UNITED STATES |
| March 18, 2019, 4:40 PM | ACCEPTED BY ORIGIN AIRLINE CARRIER | John F Kennedy Intl, New York, UNITED STATES |
| March 18, 2019, 11:01 AM | INTERNATIONAL DISPATCH READY | ISC NEW YORK NY(USPS), UNITED STATES |
| March 18, 2019, 11:00 AM | ARRIVED AT INTERNATIONAL SERVICE CENTER | ISC NEW YORK NY(USPS), UNITED STATES |
| March 13, 2019, 11:24 AM | OUT OF CUSTOMS | ISC NEW YORK NY(USPS), UNITED STATES |
| March 11, 2019, 12:58 PM | INTO CUSTOMS | ISC NEW YORK NY(USPS), UNITED STATES |
| March 9, 2019, 10:48 PM | LISTED ON REGISTERED MAIL DISPATCH BILL | DULLES, VA 20101 |
| March 9, 2019, 12:24 AM | ARRIVAL AT UNIT | DULLES, VA 201019998 |
| March 8, 2019, 9:37 AM | LISTED ON REGISTERED MAIL DISPATCH BILL | WASHINGTON, DC 20066 |
| March 8, 2019, 9:31 AM | LISTED ON REGISTERED MAIL DISPATCH BILL | WASHINGTON, DC 20066 |
| March 7, 2019, 9:41 PM | ENROUTE/PROCESSED | WASHINGTON, DC 200669998 |
| March 7, 2019, 12:22 PM | IN TRANSIT TO NEXT FACILITY | |
| March 6, 2019, 12:22 PM | ACCEPT OR PICKUP | WASHINGTON, DC 202100002 |

*Select Service Type                    *Package Contents Description

## Package information

Registered

*Reason for Inquiry

[ Select ]

*Package Weight

[ 2 ] lbs [ 15 ] oz

*Package Value

[ $ ]

255 characters remaining

**Please Read our Privacy Policy.**

Privacy Act Statement: Your information will be used to respond to inquiries related to domestic claims or Registered Mail inquiries. Collection is authorized by 39 U.S.C. 401, 403, 404, 407, 411; and 31 U.S.C. 7701.

## Fees paid

*Postage Paid

[ $ 34.75 ]

Additional Insurance Fees Paid

[ $ 20.10 ]

Additional Fees

[ $ ]

## Contact information

The mailer's address must be a U.S. address.

*Mailer's Address

SHARON DAVIS
316 S BAYLEN ST
PENSACOLA, FL 32502-5900
courier@levinlaw.com
8504357000

Edit

*Addressee's Address

*Country

[ IRAN ]

*First and Last Name and/or Company Name

First Name   M.I.   Last Name

Company

*Address 1

Address 2

Address 3

*City        Postal Code

State/Province/Other

Email Address

Phone Number

## Supporting documentation

You can add supporting documentation after you have submitted an inquiry.

*Describe Package Wrapping

E.g. Item was shipped in a box with bubble wrap.

255 characters remaining

Additional Information

255 characters remaining

Upload Supporting Documentation

[ Choose Files ]

Only submit .jpg or pdf files under 2MB.

0.0MB used of 12.0MB

I have read, understand, and agree to the terms and conditions.

Please review your inquiry before submitting.     Submit Inquiry

Feedback



سامانه رهگیری مرسولات

**Please enter your issue number:**

RH۰۰۱۵۲۲۸۹۵US

Click here (http://eop.post.ir/RegistExternalStep۲.aspx?pc=RH۰۰۱۵۲۲۸۹۵US) for more followers for this item.



||||| Specifications to the number: RH۰۰۱۵۲۲۸۹۵US

Missing information is not available.





||||| Last item status

⊙ Date and time: ۱۳۹۸/۰۱/۱۷ ۰۷:۵۶:۰۲

⊙ Postal code: City of ۱۵th post zone of Tehran postal area Exchange point area ۱۵th post office

⊙ Messenger: Anna Morad Khor

⊙ **Result** Event: Delivered delivery for delivery. : **Delivery has been delivered to the receiver.**



Portal National Post (http://post.ir) | Online order postcard (http://ecard.post.ir) | Email service (https://mail.post.ir) | Order custom stamps (http://stamp.post.ir) | Electronics market (http://www.ebazaar-post.ir/)



Developed by National Information Technology Center

☝ See complete item details ☝

Tracking Details: RH۰۰۱۵۲۲۸۹۵US

⬇Tehran Province⬇

۱

۰۶:۵۳:۰۲ ۱۳۹۸/۰۱/۱۵

Postal code: City of ۱۵th post zone of Tehran postal area Exchange point area ۱۵th post office

Event: The item has arrived at the postal point.

۲

۰۸:۴۴:۵۸ ۱۳۹۸/۰۱/۱۵

Postal code: City of ۱۵th post zone of Tehran postal area Exchange point area ۱۵th post office

Messenger: Anna Morad Khor

Event: Delivered delivery for delivery. **Conclusion: The mailer first came to the receiver's place and he was not in the place.**



۳

۰۷:۵۶:۰۲ ۱۳۹۸/۰۱/۱۷

Postal code: City of ۱۵th post zone of Tehran postal area Exchange point area ۱۵th post office

Messenger: Anna Morad Khor

Event: Delivered delivery for delivery. **Result**: **Delivery has been delivered to the receiver.**



See full details of the external tracking of the item

Portal National Post (http://post.ir) | Online order postcard (http://ecard.post.ir) | Email service (https://mail.post.ir) | Order custom stamps (http://stamp.post.ir) | Electronics market (http://www.ebazaar-post.ir/)

Details of the external interpolation of the item: RH۰۰۱۵۲۲۸۹۵US
Developed by National Information Technology Center

**⊙OFFICE:** US۱۰۱
**⊙SENDER:** United States of America (the)
**⊙WEIGHT:** ۱.۳۳۰ KG
**⊙EVENT TYPE:** Send item abroad (EDI-received)
۳/۱۸/۲۰۱۹ ۹:۰۰:۰۰ PM

۱

**⊙OFFICE:** TEHRAN A
**⊙SENDER:** IR
**⊙WEIGHT:** EMPTY
**⊙EVENT TYPE:** Receive item at office of exchange (Inb)
۳/۲۵/۲۰۱۹ ۹:۵۳:۱۴ AM

۲

**⊙OFFICE:** TEHRAN A
**⊙SENDER:** IR
**⊙WEIGHT:** EMPTY
**⊙EVENT TYPE:** Send item to customs (Inb)
۳/۲۵/۲۰۱۹ ۹:۵۴:۱۴ AM

۳

**⊙OFFICE:** TEHRAN A
**⊙SENDER:** IR
**⊙WEIGHT:** EMPTY
**⊙EVENT TYPE:** Return item from customs (Inb)
۳/۳۱/۲۰۱۹ ۹:۳۰:۲۳ AM

۴

**⊙OFFICE:** TEHRAN_ZONE۱۵
**⊙SENDER:** IR
**⊙WEIGHT:** EMPTY
**⊙EVENT TYPE:** Send item to domestic location (Inb)
۳/۳۱/۲۰۱۹ ۹:۳۵:۲۳ AM

۵

**⊙OFFICE:** TEHRAN_ZONE۱۵
**⊙SENDER:** IR
**⊙WEIGHT:** EMPTY
**⊙EVENT TYPE:** Receiving item at delivery office (Inb)
۴/۱/۲۰۱۹ ۷:۵۹:۲۲ AM

۶

**⊙OFFICE:** TEHRAN_ZONE۱۵
**⊙SENDER:** IR

⊙ **WEIGHT:** EMPTY
⊙ **EVENT TYPE:** Unsuccessful item delivery attempt (Inb)
⊙ **NON DELIVERY REASON:** Local holiday
⊙ **NON DELIVERY MEASURE:** Will attempt delivery on next working day

۴/۱/۲۰۱۹ ۱۰:۰۴:۰۳ AM

۷

⊙ **OFFICE:** TEHRAN_ZONE۱۵
⊙ **SENDER:** IR
⊙ **WEIGHT:** EMPTY
⊙ **EVENT TYPE:** Deliver item (Inb)
⊙ **SIGNATOR:** MIRRASOLI

۴/۲۰/۲۰۱۹ ۶:۳۷:۱۲ AM

۸




(click.aspx)

### National Post Office of the Islamic Republic of Iran

Information Technology Center

– Information about the movement of postal items is recorded instantly on this system

– Information on postal items for up to ۶ months in this system is maintained and can be tracked

– In case of any ambiguity, the question and need for further information can be obtained from the National Post Office Customer Service Center at ۰۲۱-۸۴۴۷۰۰۰۰ and, if necessary, file a complaint to the National Post Company Complaint Registration and Complaint (http://eop.post.ir) System

Portal National Post (http://post.ir) | Online order postcard (http://ecard.post.ir) | Email service (https://mail.post.ir) | Order custom stamps (http://stamp.post.ir) | Electronics market (http://www.ebazaar-post.ir)



I.R.I Post Company: *RH001522895US*

Track at official postal site

### Send item abroad (Export) (1.330)
United States Of America (the) Us101
18.03.2019 21:00

### Arrival at international place of exchange ()
Ir Tehran A
25.03.2019 09:53

### Into customs ()
Ir Tehran A
25.03.2019 09:54

### Into customs ()
Tehran A
25.03.2019 10:24

### Import (Item arrived at country of destination) ()
Tehran A
25.03.2019 11:23

### Released by customs ()
Ir Tehran A
31.03.2019 09:30

### Left postal office ()
Ir Tehran_zone15
31.03.2019 09:35

### Released by customs ()
Tehran A
31.03.2019 10:00

### Left international place of exchange ()
Tehran A
31.03.2019 10:05

### Arrival at delivery point ()
Ir Tehran_zone15
01.04.2019 07:59

## Unsuccessful delivery attempt ()

Ir Tehran_zone15

01.04.2019 10:04

## Unsuccessful delivery attempt. Holiday or weekend.()

Irz15

01.04.2019 10:34

*Iran, Islamic Republic Of*

## Item delivered. ()

Ir Tehran_zone15

20.04.2019 06:37

*Mirrasoli*

## Item delivered. ()

Irz15

20.04.2019 07:07

*Delivered To: Mirrasoli Iran, Islamic Republic Of*

[ADMIT]