UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEGE LON WILLIAMS, et al.,   )<br>  )<br>Plaintiffs,   )<br>  )<br>v.   )<br>  )<br>THE ISLAMIC REPUBLIC OF IRAN, et al.,   )<br>  )<br>Defendants.   )<br>  ) | Civil Action No. 1:18-cv-02425-RDM |

**[PROPOSED] ORDER**

The Court hereby **GRANTS** Plaintiffs' Motion for an Order Finding Effective Service of Process on Defendants pursuant to 28 U.S.C. § 1608. Plaintiffs have successfully effected service under 28 U.S.C. § 1608(a)(4) on the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Iranian Ministry of Intelligence & Security on July 3, 2019. Plaintiffs have successfully effected service under 28 U.S.C. § 1608(b)(3)(B) on Bank Markazi Jomhouri Islami Iran on April 20, 2019, Bank Melli Iran on April 6, 2019, and the National Iranian Oil Company on April 20, 2019.

**SO ORDERED.**

Dated: _____          _____
                                                                         Hon. Randolph D. Moss
                                                                         United States District Court Judge

1